IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

QUOC XUONG LUU,

        Plaintiff,                  No. CIV S-06-2262 LKK DAD P

    vs.

R. BABCOCK, et al.,

        Defendants.         ORDER

_____/

        On February 20, 2009, plaintiff filed a motion for an extension of time to file objections to the undersigned's February 5, 2009 findings and recommendations. On February 26, 2009, plaintiff filed objections to the undersigned's findings and recommendations. Good cause appearing, plaintiff's motion for an extension of time will be granted, and plaintiff's objections will be deemed timely.

        Accordingly, IT IS HEREBY ORDERED that:

/////

/////

/////

/////

/////

1

1. Plaintiff's February 20, 2009 motion for an extension of time (Doc. No. 15) is granted; and

2. Plaintiff's February 26, 2009 objections (Doc. No. 16) are deemed timely.

DATED: March 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
luu2262.36obj